

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00815-CR

Chace **WILKINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6087
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 6, 2020.

_____
Patricia O. Alvarez, Justice